| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: BPA Michael Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Oscar RAMOS-RAMOS

Case No. Case: 2:25-mj-30111
Assigned To : Unassigned
Assign. Date : 3/4/2025
Description: CMP USA V.
RAMOS-RAMOS (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 21, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a). | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about February 21, 2025, in the Eastern District of Michigan, Southern Division, Oscar RAMOS-RAMOS an alien from Honduras, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about January 28, 2013, at or near Harlingen, Texas, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael Everson, BPA
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 4, 2025

City and state: Detroit, MI

_____
Judge's signature

Kimberly Altman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Oscar RAMOS-RAMOS, which reveals the following:

2. RAMOS-RAMOS is a forty-three-year-old male, native and citizen of Honduras, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about May 9, 2009, RAMOS-RAMOS was arrested by Washtenaw County Sheriffs for Damage to Property. He was later charged also with Disorderly Person Drunk.

4. On or about May 24, 2012, RAMOS-RAMOS was arrested by Border Patrol Agents near Detroit, Michigan. He was processed for Notice to Appear.

5. On or about July 3, 2012, RAMOS-RAMOS was granted a Voluntary Removal from the United States up until the date of July 17, 2012. RAMOS-RAMOS failed to depart the United States by that time and a final order of removal was issued. On August 8, 2012, he was removed to Honduras through Alexandria, Louisiana.

6. On or about October 7, 2012, RAMOS-RAMOS was arrested by Border Patrol Agents near Abram, Texas. His prior order of removal was reinstated. On January 28, 2013, he was removed back to Honduras through Harlingen, Texas.

7. On or about March 2, 2019, RAMOS-RAMOS was arrested by Border Patrol Agents near McAllen, Texas. His prior order of removal was reinstated, and he was released from custody into the United States due to a

lack of bedspace and that he illegally entered along with members of his family as a family unit. RAMOS-RAMOS was instructed to check in with Immigration and Customs Enforcement (ICE) once released. RAMOS-RAMOS was contacted by ICE on or about August 13, 2019, but the call kept going to voicemail and RAMOS-RAMOS never checked in with ICE.

8. On or about February 21, 2025, RAMOS-RAMOS was arrested by Border Patrol Agents following a vehicle stop in Detroit, Michigan. He was transported to the Detroit Border Patrol Station for processing. His prior order of removal was reinstated.

9. Oscar RAMOS-RAMOS's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that RAMOS-RAMOS is a citizen of Honduras with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that RAMOS-RAMOS legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

10. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. Review of the Alien File (A# xxx xxx 104) for Oscar RAMOS-RAMOS and queries in Department of Homeland Security databases confirm no record exists of RAMOS-RAMOS obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on January 28, 2013.

12. Based on the above information, I believe there is probable cause to conclude that Oscar RAMOS-RAMOS, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland

Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge

March 4, 2025