# US DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

UNITED STATES OF AMERICA

       Plaintiff,

v.                                                    Case No. 25-20299
                                                        Hon. Stephen Murphy

OSCAR RAMOS-RAMOS
_____/

| UNITED STATES ATTORNEY | AMBERG & AMBERG, PLLC |
|---|---|
| Jerome Gorgon | James W. Amberg (P68564) |
| Attorneys for the Government | Attorneys for the Defendant |
| 211 W. Fort Street, Suite 2001 | 32121 Woodward Ave, Ste PH |
| Detroit, MI | Royal Oak, MI 48073 |
| 313.226.9100 office | 248.681.6255 office |
| | 248.681.0115 fax |
| | www.amberglaw.net |

_____/

## SENTENCING MEMORANDUM
_____

      Now comes Oscar Ramos-Ramos, by his attorney James Amberg, and respectfully provides the following memorandum in support of a time served sentence.

      Mr. Ramos-Ramos is a hard-working family man who's dream was to live a safe and prosperous life in the United States.  The only issue with that dream was that he is not a citizen of the US.  Because of his arrest, his family has moved back to Honduras.  Mr. Ramos-Ramos asks that the Court sentence him to time served, which will allow him to be deported back to Honduras.

      There are no objections to the Presentence Report and everybody agrees that Mr. Ramos-Ramos's guidelines are 0-6 months.  Prior to his arrest and conviction, Mr. Ramos-Ramos ran a successful diesel mechanics business.  He regularly attended church and was very involved with his wife and children.

AMBERG & AMBERG, PLLC
ATTORNEYS AND COUNSELORS
32121 WOODWARD AVENUE, PH
ROYAL OAK, MI 48073
WWW.AMBERGLAW.NET
(248) 681-6255

As to why Mr. Ramos-Ramos has not already been sentenced, it is because he was attempting to Petition the 6th Circuit to set aside the deportation order and give him an opportunity for citizenship.  He recently found out that the 6th Circuit denied his Petition.

Mr. Ramos-Ramos has been in custody since February 21, 2025.  He has remained in federal custody since that time.

Given Mr. Ramos-Ramos's lack of criminal history, his good works while in the country, and the incarceration he has already served, it is requested that the Court sentence Mr. Ramos-Ramos to time served.

                                  Respectfully submitted,

/s/*James W. Amberg*
AMBERG & AMBERG, PLLC
James W. Amberg P68564
Attorneys for Mr. Ramos-Ramos
32121 Woodward Ave. Suite PH
Royal Oak, MI 48073
Dated:  January 5, 2026           248.681.6255 office

2